IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROCKY HERMANNS-RAYMOND | ) | CV 23-00023 DKW-RT |
| Plaintiff, | ) | |
| vs. | ) | |
| JERMAINE LEWIS, et al. | ) | |
| Defendants. | ) | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS CASE FOR FAILURE TO COMPLY WITH COURT RULES AND ORDERS

Findings and Recommendation having been filed on October 2, 2023 and served on all parties on October 3, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Case for Failure to Comply with Court Rules and Orders", ECF No. 20, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: October 20, 2023 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge